Sterling Luther HUTCHISSON, Appellant, v.
UNITED STATES of America.

No. 14176.

United States Court of Appeals
Eighth Circuit.

June 21, 1950.

Drake Watson, United States Attorney, and Herbert H. Freer, Assistant United States Attorney, St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed, on motion of appellee.

NATIONAL LABOR RELATIONS BOARD, Petitioner, v. RUSH MANUFAC-TURING COMPANY, Inc.

No. 14134.

United States Court of Appeals
Eighth Circuit.

May 10, 1950.

Reconsideration of Petition Denied
June 19, 1950.

A. Norman Somers, Assistant General Counsel, National Labor Relations Board, Washington, D. C., for petitioner.

Franklin Wilder, Fort Smith, Ark., for respondent.

Order of National Labor Relations Board enforced on stipulation filed with Board, and petition for enforcement, answer of respondent and reply of petitioner.

Motion of respondent for reconsideration of petition for enforcement, etc., denied.

Tighe E. WOODS, Housing Expediter, Office of the Housing Expediter, Appellant, v. Maribelle GRIGGS et al.

No. 14148.

United States Court of Appeals
Eighth Circuit.

June 20, 1950.

Ed Dupree, General Counsel, Office of the Housing Expediter, Leon J. Libeu, Assistant General Counsel, Office of the Housing Expediter, and William A. Moran, Special Litigation Attorney, Office of the Housing Expediter, all of Washington, D. C., for appellant.

J. D. Gustin and Joseph N. Brown, Springfield, Mo., for appellees.

PER CURIAM.

Appeal from District Court dismissed, 89 F.Supp. 109, on motion of appellant.